IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| MICHAEL N. MILES, | * |
| Petitioner, | * |
| vs. | * |
| Warden CLAY TATUM, | *   CASE NO.4:12-CV-132 (CDL) |
| | 28 U.S.C. § 2254 |
| Respondent. | * |
| | * |

## ORDER ON RECOMMENDATION OF DISMISSAL

After a *de novo* review of the record in this case, the Recommendation of Dismissal of the United States Magistrate Judge filed May 15, 2013, is hereby approved, adopted, and made the Order of the Court. The objections of the Petitioner have been considered and are found to be without merit. The Court also adopts the Magistrate Judge's recommendation that a Certificate of Appealability be denied.

IT IS SO ORDERED, this 1st day of July, 2013.

s/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE